**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-1021

PHILLIP DUANE CARRIKER,

              Plaintiff - Appellant,

     v.

COMMISSIONER OF THE INTERNAL REVENUE SERVICE; UNITED STATES
DEPARTMENT OF THE TREASURY; UNITED STATES OF AMERICA,

              Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad, Jr.,
District Judge.  (3:14-cv-00154-RJC-DCK)

Submitted:  May 26, 2016             Decided:  May 31, 2016

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Phillip Duane Carriker, Appellant Pro Se.  Marion Elizabeth
Erickson, Richard Farber, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Duane Carriker appeals the district court's orders granting in part, and dismissing in part, his action seeking a refund of tax penalties, attorney's fees, costs, and interest, as well as reimbursement for his time and for expenses related to his defense of his CPA license. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carriker v. Comm'r, No. 3:14-cv-00154-RJC-DCK (W.D.N.C. Feb. 5, 2015; Nov. 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED